CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 09 2010

JULIA A. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON JOSEPH SMITH, | ) |
| Petitioner, | ) Case No. 7:10CV00454 |
| v. | ) |
| | ) **FINAL ORDER** |
| FEDERAL BUREAU OF INVESTIGATION, BRISTOL, VIRGINIA, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

ENTER: This 9th day of November, 2010.

_/s/ Glen E. Conrad_
Chief United States District Judge